*E-FILED - 3/2/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. C-04-03340-RMW |
|---|---|
| Plaintiff, | No. C-05-03721-RMW |
| v. | Related to: CR-99-20092-RMW |
| CLIFFINA JOHNSON, | ORDERS RE MOTIONS UNDER 28 U.S.C. § 2255 |
| Defendant. | |

Movant Cliffina Johnson was sentenced on January 24, 2001 for her conviction for conspiracy to bribe a public official and bribery of a public official. She, as a *pro se* litigant, has filed two motions to attack her conviction and sentence under 28 U.S.C. § 2255; the first motion was filed on August 16, 2004 ("'04 Motion")(case # C-04-03340) and the second on September 15, 2005 ("'05 Motion")(case # C-05-03721). Both assert, among other claims, that the government failed to provide her with *Brady/Giglio* material pertaining to the government's primary prosecution witness, Clarence Walker. She specifically claims that on June 26, 2004 Walker was indicted for various offenses including structuring and bribery, and that she is informed and believes "that the investigation of Mr. Walker was on-going during the time period of (her) alleged actions." '04 Motion ¶ 9. The court ordered the government to respond to the '04 motion and it did so on September 9, 2004. The court then ordered the government to file "declarations based upon first hand knowledge as to

1  when the government first suspected Walker."  Order dated September 9, 2004.  Johnson
2  was given the opportunity to respond by filing "any information that suggests the
3  government suspected Walker of any wrongdoing before June 25, 2001."  *Id.*  In
4  accordance with the court's order, the government filed the declaration of Anthony
5  Armentano, the case agent in Walker's case, wherein Armentano states that an
6  investigation of Walker was commenced on June 27, 2001 based upon information
7  received on June 25, 2001.  Johnson filed no response to Armentano's declaration.
8  Although a letter dated February 19, 2007 from Lupe Martinez, Johnson's trial counsel,
9  indicates that the '04 Motion was denied, the court finds no record of such denial.
10            No action has been taken on Johnson's '05 motion.
11            On October 4, 2006 Fred Shirley, Johnson's co-defendant, filed a similar motion
12  attacking his conviction and sentence (case # C-06-06276 RMW).  He is represented by
13  attorney Suzanne Luban.  The motion is pending.
14            Movant Johnson has requested that Lupe Martinez, a former federal public defender
15  now in private practice, be appointed to represent her.  As noted, attorney Martinez was
16  Johnson's trial counsel.  The court hereby appoints Attorney Martinez to represent
17  Johnson, subject to Johnson's waiver of any potential conflict in having her trial attorney
18  represent her in her § 2255 claims.  The court finds the appointment justified by the
19  questions raised about Walker's status and its effect on his credibility and the potential
20  procedural hurdles if Johnson's initial '04 Motion was denied.
21            Johnson '05 motion is hereby dismissed as successive pursuant to 28 U.S.C. §
22  2255.
23            On January 19, 2007 Johnson filed "Cliffina Johnson's Joinder and Request for E-
24  Filing Status."  E-filing status is hereby granted.  The court denies without prejudice
25  Johnson's purported "joinder" with co-defendant Shirley's motion.
26            The court hereby sets a case management conference for March 30, 2007 at 10:30
27  a.m.  Johnson is to file with the government a joint case management statement setting
28  forth what, if any, discovery is requested and whether an evidentiary hearing will be

ORDERS RE MOTIONS UNDER 28 U.S.C. § 2255
NO. C-04-03340-RMW
NO. C-05-03721-RMW

needed.  If the government has any record of Johnson's '04 Motion having been previously denied, it is to bring that fact to the court's attention.

All future filings in the pending '04 Motion should be made in case # 04-03340 RMW with a reference to the related criminal case # CR-99-20092.

DATED: March 2, 2007

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

ORDERS RE MOTIONS UNDER 28 U.S.C. § 2255
NO. C-04-03340-RMW
NO. C-05-03721-RMW

1  Copy of Order E-Filed and Mailed on ___3/2/07_____ to:

2  Lupe Martinez
   3564 Juergen Drive
3  San Jose, CA 95121

4       Counsel for Cliffina Johnson

5  Cliffina Johnson
   745 Dutton Ave.
6  San Leandro, CA 94577

7       Movant

8  Carlos Singh
   Assistant United States Attorney
9  150 Almaden Blvd., Suite 900
   San Jose, CA 95113

10
        Counsel for United States of America

ORDERS RE MOTIONS UNDER 28 U.S.C. § 2255
NO. C-04-03340-RMW
NO. C-05-03721-RMW                    4